UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLARE R. KELLY, JUDGE

| | |
|---|---|
| UNITED STATES,  <br><br>  Plaintiff,  <br><br>  v.  <br><br> GOOD TIMES USA LLC, and GREAT AMERICAN ALLIANCE INSURANCE CO.,  <br><br>  Defendants. | Court No. 19-00004 |

# **ORDER**

This action, having been voluntarily stipulated for dismissal by plaintiff, United States, and defendant, Great American Alliance Insurance Co. (GAAIC), is dismissed with prejudice as to GAAIC. All other claims in this action are unaffected by this order. Each party shall bear its own costs and attorneys' fees.

Dated:   June 5, 2019             MARIO TOSCANO
                                  Clerk, U. S. Court of International Trade


                                  By: __/s/ Steve Taronji_____
                                              Deputy Clerk

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLARE R. KELLY, JUDGE

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>KARNY ENTERPRISES, INC., GOOD TIMES USA LLC, and GREAT AMERICAN ALLIANCE INSURANCE CO.,<br><br>    Defendants. | Court No. 19-00004 |

## JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by plaintiff, United States, and defendant, Great American Alliance Insurance Co. (GAAIC), hereby dismisses this action with prejudice as to GAAIC. All other claims in this action are unaffected by this stipulation. Each party shall bear its own costs and attorneys' fees.

                                                    JOSEPH H. HUNT  
                                                    Assistant Attorney General

                                                    JEANNE E. DAVIDSON  
                                                    Director

                                                    /s/  CLAUDIA BURKE  
                                                    Assistant Director

|  |  |
|---|---|
|  | /s/ STEPHEN C. TOSINI |
|  | Senior Trial Counsel |
|  | Department of Justice |
|  | Civil Division, Commercial Litigation Branch |
|  | PO Box 480, Ben Franklin Station |
|  | Washington, DC 20044 |
|  | Tel.: (202) 616-5196 |
| June 5, 2019 | Attorneys for Plaintiff |

|  |  |
|---|---|
|  | /s/ T. RANDOLPH FERGUSON |
|  | Sandler, Travis & Rosenberg, PA |
|  | 505 Sansome Street, Suite 1475 |
|  | San Francisco, CA 94111 |
|  | Tel.: (415) 986-1088 |
| June 5, 2019 | Counsel for Defendant, GAAIC |