Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**      FORM   M-2

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br>       v.<br>MAVERICK MARKETING LLC, ET AL,<br><br>                Defendant. | **Court Nos.:**   17-00174, 17-00232,<br>                  19-00004, 19-00019 |

### REPORT OF MEDIATION

That pursuant to the Order of Referral dated  January 24, 2020  in this case, I served as Judge Mediator for the mediation process between the parties in this case. The process was concluded on September 11, 2020 ;

    ✓    The mediation resulted in a settlement of all issues;

    ___    The mediation resulted in a partial settlement;

    ___    The mediation did not result in a settlement;

                                             /s/ Leo M. Gordon  
                                             (Name)  
                                             Judge Mediator

DATED:    September 14, 2020  
               New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)